IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,<br><br>       Plaintiff,<br>vs.<br><br>KIRSCH TRANSPORTATION SERVICES, INC.,<br><br>       Defendant. | 1:18-cv-00012-SHL-SBJ<br><br>JUDGMENT IN A CIVIL CASE |
| BARRY M. CREAGAN, Individually; BARRY M. CREAGAN and LAUREN M. CREAGAN, as Natural Parents and Co-Administrators of the Estate of M.C. and as Parents and Natural Guardians of J.C., a Minor; and REBECCA DEGONDEA, as Mother and Natural Guardian of L.D., a Minor,<br><br>       Counterclaim Plaintiffs,<br>vs.<br><br>GREAT WEST CASUALTY COMPANY,<br><br>       Counterclaim Defendant. | |

☐ **JURY VERDICT**. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**. This action came before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED:** Great West Casualty Company's Motion for Summary Judgment is granted. Judgment is entered in favor of Great West Casualty Company and against Kirsch Transportation Services, Inc. and the Creagan Plaintiffs.

| | |
|---|---|
| Dated: November 8, 2023 | CLERK, U.S. DISTRICT COURT<br><br> /s/ M. Mast<br>By: Deputy Clerk |